IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MICHELLE DAWN COPELAND                    PLAINTIFF

VERSUS                CIVIL ACTION NO. 4:10cv20-TSL-LRA

MISSISSIPPI BAND OF CHOCTAW
INDIANS                                           DEFENDANT

<u>ORDER</u>

BEFORE the Court is plaintiff's complaint filed February 18, 2010. Having reviewed the complaint and the exhibits, this Court finds that the exhibits to the complaint contain personal identifiers, *i.e.* social security numbers. Clearly, plaintiff has failed to comply with the Administrative Procedures regarding Case Management/Electronic Case Filing (CM/ECF). The plaintiff in the instant civil case is reminded that only the initials of a minor should be used in filed documents, that the social security number shall be shown by only its final four digits, that the person's date of birth shall be stated by only the year of birth, and that any financial account number shall be stated by only the last four digits or letters of the number. The plaintiff is responsible for complying with the Administrative Procedures regarding Case Management/Electronic Case Filing (CM/ECF) relating to personal identifiers in future documents she files in this Court.

Additionally, the plaintiff is reminded that future filings of documents in this Court are accessible to the public and as such, any personal information contained in the documents filed

in this Court are available to the public in an electronic format, *i.e.*, PACER, which is the Public Access to Court Electronic Records Systems, providing public access to court docket information via the Internet.

Therefore, since the plaintiff, a *pro se* litigant, referred to personal identifiers in the exhibits to the complaint, this Court has determined that access to the exhibits will be restricted to the filers in this civil action, court users, and the public terminals at the Clerk's Office. Accordingly,

IT IS HEREBY ORDERED that the Clerk of Court is directed to restrict access to the exhibits to the complaint to the filers in this civil action, courts users and the public terminals at the Clerk's Office until further order of this Court.

SO ORDERED, the 24th day of February, 2010.

*s/ Linda R. Anderson*
UNITED STATES MAGISTRATE JUDGE